UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JAMES L. LEARY,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No. 2:15-cv-2645
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Elizabeth P. Deavers

## ORDER

On August 9, 2016, the Magistrate Judge issued a Report and Recommendation [ECF No. 20] recommending that the Court overrule Plaintiff's Statement of Specific Errors [ECF No. 14] and affirm the Commissioner of Social Security's non-disability finding. The Report and Recommendation advised the parties that failure to object within fourteen (14) days would result in a waiver of review. The time period for objections has run and no party has objected. Accordingly, the Report and Recommendation [ECF No. 20] is **ADOPTED**. Plaintiff's Statement of Specific Errors [ECF No. 14] is **OVERRULED**, and the Commissioner's non-disability finding is **AFFIRMED**.

    IT IS SO ORDERED.

9-8-2016
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE